OFFICE OF STAFF COUNSEL
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
———

1100 EAST MAIN STREET, SUITE 325
RICHMOND, VIRGINIA 23219-3538

MELISSA L. WOOD
SENIOR STAFF COUNSEL

TEL. (804) 916-2900
FAX (804) 916-2920

October 5, 2023

Erin B. Ashwell
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219

Re:   No. 21-6992, *United States v. Powell*

Dear Ms. Ashwell:

Thank you for agreeing to be appointed as counsel on behalf of the appellant in this appeal.

The issue as to which a certificate of appealability has been granted is:

Whether counsel was ineffective for failing to present a lease agreement and witness testimony to rebut the government's assertion that Mr. Powell maintained a residence for distribution of drugs.

Should you conclude that any other issue or issues would benefit from briefing and oral argument, you may move to expand the certificate of appealability pursuant to Fourth Circuit Local Rule 22.

Because this appointment is made pursuant to the Criminal Justice Act, the maximum authorized compensation is $9100 plus expenses. An hourly rate of $164 applies to both in-court and out-of-court work. Any compensation issues should be addressed to Deputy Clerk Patty Layne at (804) 916-2700.

The case manager assigned to this appeal, Emily Borneisen, will assist you with any procedural inquiries; she also can be reached at (804) 916-2700. Please contact me at (804) 916-2900 for any other assistance.

Erin B. Ashwell
October 5, 2023
Page 2

      You will be notified as to the briefing schedule promptly after it is established by the Clerk's Office. The electronic record on appeal is available on PACER. Your appointment to this case as a member of this Court's Discretionary Panel authorizes you to obtain and use a fee exempt CJA Panel Attorney account to provide representation in this case.

      We appreciate your assistance to the Court in accepting this appointment.

      Very truly yours,

      Melissa L. Wood
      Senior Staff Counsel

LDA/tao

cc:    Nathaniel Powell
        John Farrell Butler, Esq.