FILED: October 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6992
(2:16-cr-00097-AWA-LRL-2; 2:18-cv-00175-AWA)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

NATHANIEL POWELL, a/k/a Nate,

        Defendant - Appellant.

O R D E R

Nathaniel Powell seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 motion. We grant a certificate of appealability on the issue of whether Powell's trial counsel rendered ineffective assistance by failing to present a lease agreement and witness testimony to rebut the Government's assertion that Powell maintained a residence on Gateway Drive in Portsmouth, Virginia, for the

2

distribution of controlled substances. Counsel will be appointed to represent Powell, and a formal briefing schedule will be established, by separate order.

> For the Court
>
> /s/ Nwamaka Anowi, Clerk