UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __21-6992__    Caption: __United States v. Nathaniel Powell__

__Appellant Nathaniel Powell__
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed opening brief

2. Is sealing of document(s) necessary?

   ☐ No
   ☒ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   Local Circuit Rule 25 requires record material under seal in the lower court to remain under seal.

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☐ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☒ Yes

01/15/2020 SCC           1 of 2

## CERTIFICATE OF SERVICE

I certify that on  01/10/24   the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below. Service may be made by direct email or other electronic means with the prior written consent of the party to be served. <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

Jacqueline R. Bechara
OFFICE OF THE UNITED STATES ATTORNEY
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

John F. Butler
OFFICE OF THE UNITED STATES ATTORNEY
101 West Main Street, Suite 8000
Norfolk, VA 23510

/s/ Morgan V. Maloney
Signature

01/10/24
Date