FILED: January 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6992
(2:16-cr-00097-AWA-LRL-2)
(2:18-cv-00175-AWA)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

NATHANIEL POWELL, a/k/a Nate

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places appendix volume number II under seal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk